| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____      _____
                                                               Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| | | |
|---|---|---|
| **Borough of Ringwood**<br>609 Margaret King Ave<br>Ringwood, NJ 07456 | **Cavalry Portfolio Services**<br>500 Summit Lake Dr Ste 400<br>Valhalla, NY 10595-2321 | **IRS - Centralized Insolvency Operations**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| **Kohls/Capital One**<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | **Macys/DSNB**<br>PO Box 8218<br>Mason, OH 45040-8218 | **Orange & Rockland Electric**<br>390 W Route 59<br>Spring Valley, NY 10977-5320 |
| **PSE&G - Bankruptcy Dept.**<br>PO Box 709<br>Newark, NJ 07101-0709 | **PSE&G-Legal**<br>80 Park Plz # T5D<br>Newark, NJ 07102-4109 | **New Rez, dba Shellpoint Mortgage Servicing**<br>PO Box 10826<br>Greenville, SC 29603-0826 |
| **Synchrony Bank**<br>c/o PRA Receivables Management LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | **Marie-Ann Greenberg, Esq.**<br>**Standing Chapter 13 Trustee**<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | **Michael A. Pizzuto**<br>5 Buena Vista Dr<br>Ringwood, NJ 07456 |
| **Denise Carlon, Esq.**<br>**KML Law Group**<br>216 Haddon Ave Ste 406<br>Westmont, NJ 08108-2812 | | |