UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on November 2, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Case No.:          _____

Chapter:          _____

Judge:            _____

## LOSS MITIGATION ORDER

The relief set forth on the following pages, numbered 2 and 3, is hereby **ORDERED**.

**DATED: November 2, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

❑    A Notice of Request for Loss Mitigation was filed by the debtor on _____ .

❑    A Notice of Request for Loss Mitigation was filed by the creditor,

_____ on _____.

❑    The court raised the issue of Loss Mitigation, and the parties having had notice and an

opportunity to object, and the Court having reviewed any objections thereto.

The Request concerns the following:

Property:    _____

Creditor:    _____

❑  It is hereby ORDERED that the Notice of Request for Loss Mitigation is denied.

❑    It is hereby ORDERED that the Notice of Request for Loss Mitigation is granted, and:

• The debtor and creditor listed above are directed to participate in Loss Mitigation and are

bound by the court's *Loss Mitigation Program and Procedures* (LMP).

• The Loss Mitigation process shall terminate on __2/2/2023_____ ~~(90 days from the~~

~~date of entry of this order~~, unless an *Application for Extension or Early Termination of

the Loss Mitigation Period* is filed under Section IX.B of the LMP.)

• The debtor must make monthly adequate protection payments to the creditor during the

Loss Mitigation Period in the amount of _____ on the due date set forth

in the note, including any grace period.   See Section VII.B. of the LMP.

• If a relief from stay motion pursuant to section 362(d) is pending upon entry of this Order

or if such a motion is filed during the loss mitigation period, the court may condition the

stay upon compliance by the debtor with the fulfillment of the debtor's obligations under

the Loss Mitigation Order. If the debtor fails to comply with the loss mitigation process

and this Order, the creditor may apply to terminate the Order as specified in Section

IX.B. of the LMP and to obtain relief from the stay.

2

- Extension or early termination of the LMP may be requested as specified in Section IX.B of the LMP.

- If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

❑ It is ORDERED that parties shall utilize the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

- Within 14 days of the date of this order, the creditor shall ensure that it is registered on the loss mitigation portal and that all of its initial loss mitigation document requirements are available on the portal.

- Within 35 days of the date of this order, the debtor shall upload and submit through the loss mitigation portal a completed Creditor's Initial Package.

- Within 14 days of the debtor's submission of the Creditor's Initial Package, the creditor shall acknowledge receipt of same and designate the single point of contact for debtor's review.

❑ It is ORDERED that the debtor is excused from use of the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

- Within 14 days of the date of this order, the creditor shall designate a single point of contact, including the name and contact information of the contact and shall specify to the debtor the forms and documentation the creditor requires to initiate a review of the debtor's loss mitigation options.

- Within 21 days after receipt of the creditor's specifications regarding forms and documentation, the debtor shall provide the requested information.

- Within 14 days of the debtor's submission, the creditor shall acknowledge receipt of the documentation.

*rev.12/17/19*

3