Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−17639−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Michael Pizzuto
5 Buena Vista Dr
Ringwood, NJ 07456

Social Security No.:
xxx−xx−7386

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/19/23 at 10:00 AM

to consider and act upon the following:

*28* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 1/3/2023. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

*30* – Certification in Opposition to (related document:28 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 1/3/2023. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Brian Gregory Hannon on behalf of Michael Pizzuto. (Hannon, Brian)

Dated: 12/21/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court