BRIAN GREGORY HANNON
LAW OFFICE OF NORGAARD O'BOYLE
184 GRAND AVENUE
ENGLEWOOD, NJ 07631

Re:  MICHAEL PIZZUTO
     5 BUENA VISTA DR
     RINGWOOD, NJ 07456

Atty:  BRIAN GREGORY HANNON
       LAW OFFICE OF NORGAARD O'BOYLE
       184 GRAND AVENUE
       ENGLEWOOD, NJ 07631

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 22-17639

### RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 01/04/2023 | $21,000.00 | 9720813433 | | | |

**Total Receipts: $21,000.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $21,000.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,155.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | NEWREZ LLC DBA SHELLPOINT MORTGA | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | SYNCHRONY BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | CAVALRY SPV I LLC | UNSECURED | 3,926.14 | 100.00% | 0.00 | 3,926.14 |
| 0007 | PSE&G | UNSECURED | 4,955.01 | 100.00% | 0.00 | 4,955.01 |
| 0008 | UNITED STATES TREASURY/IRS | PRIORITY | 7,395.46 | 100.00% | 0.00 | 7,395.46 |
| 0009 | BOROUGH OF RINGWOOD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | UNITED STATES TREASURY/IRS | UNSECURED | 14,852.19 | 100.00% | 0.00 | 14,852.19 |
| 0011 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | MACYS/DSNB | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | ORANGE & ROCKLAND ELECTRIC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | PINNACLE SERVICE SOLUTIONS LLC | UNSECURED | 566.62 | 100.00% | 0.00 | 566.62 |

**Total Paid: $1,155.00**
See Summary

**Chapter 13 Case # 22-17639**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $21,000.00          -     Paid to Claims: $0.00        -     Admin Costs Paid: $1,155.00    =    Funds on Hand: $19,845.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.