| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br><br>   MICHAEL PIZZUTO | <br><br>Order Filed on January 26, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br>Case No.:  22-17639 VFP<br><br>Hearing Date:  1/19/2023 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 26, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): MICHAEL PIZZUTO

Case No.: 22-17639

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/19/2023 on notice to BRIAN GREGORY HANNON, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.