UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

**CERTIFICATION OF SERVICE**

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| **Borough of Ringwood**<br>609 Margaret King Ave<br>Ringwood, NJ 07456 | **Cavalry Portfolio Services**<br>500 Summit Lake Dr Ste 400<br>Valhalla, NY 10595-2321 | **IRS - Centralized Insolvency Operations**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| **Kohls/Capital One**<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | **Macys/DSNB**<br>PO Box 8218<br>Mason, OH 45040-8218 | **Orange & Rockland Electric**<br>390 W Route 59<br>Spring Valley, NY 10977-5320 |
| **PSE&G - Bankruptcy Dept.**<br>PO Box 709<br>Newark, NJ 07101-0709 | **PSE&G-Legal**<br>80 Park Plz # T5D<br>Newark, NJ 07102-4109 | **New Rez, dba Shellpoint Mortgage Servicing**<br>PO Box 10826<br>Greenville, SC 29603-0826 |

**Marie-Ann Greenberg, Esq.**
**Standing Chapter 13 Trustee**
**30 Two Bridges Road, Suite 330**
**Fairfield, NJ 07004**