809800691

# Uniform Residential Appraisal Report

File # 20230034

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| Property Address | 5 BUENA VISTA DR | City | RINGWOOD | State | NJ | Zip Code | 07456 |
|---|---|---|---|---|---|---|---|

| Borrower | LUIZA ZAPATA/ MARK ALVAREZ | Owner of Public Record | MICHAEL/KATIE PIZZUTO | County | PASSAIC |
|---|---|---|---|---|---|

Legal Description BLOCK #723 LOT #10

| Assessor's Parcel # | 11-00723-0000-00010 | Tax Year | 2022 | R.E. Taxes $ | 10684 |
|---|---|---|---|---|---|

| Neighborhood Name | SKYLINE LAKES | Map Reference | HAG 4/F/5 | Census Tract | 2167.02 |
|---|---|---|---|---|---|

Occupant ☒ Owner ☐ Tenant ☐ Vacant   Special Assessments $ 0   ☐ PUD   HOA $ 0   ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe)

Lender/Client WELLS FARGO BANK NA   Address 2701 WELLS FARGO WAY, MINNEAPOLIS, MN 55467

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☒ Yes ☐ No

Report data source(s) used, offering price(s), and date(s).

DOM 18;SUBJECT IS LISTED FOR SALE ON GSMLS THROUGH KELLER WILLIAMS FOR $359000.  SUBJECT WAS LISTED FOR SALE ON 12/30/2022. GSJMLS#3822458. BIDDING WAR COMMON.

☒ I did   ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Non-arms length sale;THE CONTRACT APPEARS TO BE A STANDARD AS IS REAL ESTATE SALES CONTRACT. SUBJECT IS A PRE FORECLOSURE SALE THAT WAS MARKETED BELOW CURRENT VALUE AND SOLD QUICKLY WITH A BIDDING WAR.

Contract Price $ 419000   Date of Contract 01/12/2023   Is the property seller the owner of public record? ☒ Yes ☐ No   Data Source(s) TAX RECORDS

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No

If Yes, report the total dollar amount and describe the items to be paid.

$0;;No financial assistance provided.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | ☐ Urban ☒ Suburban ☐ Rural | | Property Values | ☐ Increasing ☒ Stable ☐ Declining | | PRICE | AGE | One-Unit | 70 % |
| Built-Up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply | ☒ Shortage ☐ In Balance ☐ Over Supply | | $(000) | (yrs) | 2-4 Unit | 5 % |
| Growth | ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time | ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | 200 Low | 1 | Multi-Family | 5 % |

Neighborhood Boundaries

SKYLINE DR TO THE NORTH AND EAST, CONKLINTOWN RD TO THE SOUTH AND RINGWOOD AVE TO THE WEST.

| | | | | 900 High | 100 | Commercial | % |
|---|---|---|---|---|---|---|---|
| | | | | 435 Pred. | 50 | Other VAC | 20 % |

Neighborhood Description

SUBJECT IS LOCATED IN THE SKYLINE LAKES SECTION OF RINGWOOD IN PASSAIC COUNTY.  SUBJECTS NEIGHBORHOOD IS COMPRISED OF VARYING PROPERTY TYPES COMMON TO RURAL AREAS.  THE AREA IS CLOSE TO MASS TRANSIT AND EMPLOYMENT CENTERS.  THERE ARE COMMERCIAL ESTABLISHMENTS WITHIN ITS NEIGHBORHOOD BOUNDARIES WHICH IS EXTREMELY COMMON AND WILL HAVE NO MEASURABLE EFFECT ON VALUE OR MARKETABILITY.  THE AREA HAS MINIMAL VACANT LAND AND IS AT MANY TIME FULLY IMPROVED RESIDENTIAL.  SALES AND LISTINGS OS SAME ARE LIMITED.  THE APPRAISER WILL HAVE TO

Market Conditions (including support for the above conclusions)

?T THE TIME OF THE INSPECTION, SUBJECTS MARKET AREA SHOWS STABLE VALUES WITH LIMITED MARKET FLUCTUATION OVER THE PAST 3 MONTHS.  MARKETABILITY OF REASONABLY PRICED HOMES WITHIN THIS AREA SHOULD REMAIN STRONG.  ALL AVAILABLE MARKET DATA WAS UTILIZED IN CONCLUDING RECENT MARKET TRENDS.  THIS INCLUDES ACTIVE LISTINGS, UNDER CONTRACT HOMES AND CLOSED PROPERTIES AS WELL AS CURRENT INTEREST RATE

| Dimensions IRREGULAR | Area 19833 sf | Shape RECTANGULAR | View N;Res; |
|---|---|---|---|

Specific Zoning Classification R-10   Zoning Description RESIDENTIAL

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe.

THE PARCEL LEGALLY, PHYSICALLY, FINANCIALLY AND FORM A PROFIT STANDPOINT IS BEING UTILIZED AS ITS HIGHEST AND BEST USE CURRENTLY.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements-Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street MACADAM | ☒ | ☐ |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X   FEMA Map # 34031C0134G   FEMA Map Date 04/17/2020

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe.

AT THE TIME OF INSPECTION THERE WERE NO APPARENT VISIBLE ADVERSE OR EXTERNAL CONDITIONS NOTED.  PLEASE NOTE THE APPRAISER DOES NOT HAVE AN EXPERTISE IN THIS FIELD.

| General Description | | Foundation | | Exterior Description materials/condition | | Interior materials/condition | |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls BLOCK/GD | | Floors HARDWD/GD | |
| # of Stories 2.5 | | ☒ Full Basement ☐ Partial Basement | | Exterior Walls STN/SIDING/GD | | Walls DRY/GD | |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area 0 sq. ft. | | Roof Surface ASPHT/GD | | Trim/Finish WOOD/GD | |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 0 % | | Gutters & Downspouts ALUM/GD | | Bath Floor CER/MRB/GD | |
| Design (Style) COLONIAL | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type DHUNG/GD | | Bath Wainscot CER/MRB/GD | |
| Year Built 1963 | | Evidence of ☐ Infestation | | Storm Sash/Insulated ALUM/GD | | Car Storage ☐ None | |
| Effective Age (Yrs) 15 | | ☐ Dampness ☐ Settlement | | Screens ALUM/GD | | ☒ Driveway # of Cars 2 | |
| Attic ☐ None | | Heating ☐ FWA ☒ HWBB ☐ Radiant | | Amenities ☐ WoodStove(s) # 0 | | Driveway Surface ASPHT | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other Fuel GAS | | ☒ Fireplace(s) # 1 ☐ Fence NONE | | ☐ Garage # of Cars 0 | |
| ☐ Floor ☒ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck DECK ☒ Porch OPEN | | ☐ Carport # of Cars 0 | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Pool None ☐ Other NONE | | ☐ Att. ☐ Det ☐ Built-in | |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☐ Disposal ☒ Microwave ☒ Washer/Dryer ☐ Other (describe)

Finished area above grade contains:   9 Rooms   3 Bedrooms   2.1 Bath(s)   2294 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).

SUBJECT HAS THE FOLLOWING ADDITIONAL FEATURES:PORCH/DECK/FPL/CAC

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).

C3;Kitchen-remodeled-six to ten years ago;Bathrooms-remodeled-six to ten years ago;SUBJECT IS IN OVERALL GOOD CONDITION WITH A MODERN KITCHEN AND BATHROOMS.  SUBJECT APPEARS WELL MAINTAINED AND HAS EXPERIENCED UPGRADES AND MODERNIZATION IN THE PAST SEVERAL YEARS. ALL SYSTEMS AND UTILITIES WERE ON AND OPERATING AT THE TIME OF INSPECTION. SUBJECTS REMAINING ECONOMIC LIFE IS 45 YEARS. THE ANSI METHOD WAS USED TO MEASURE, CALCULATE AND REPORT GLA. THE HOME HAD THREE LEVELS ABOVE GRADE, NOT TWO AS STATED IN TAX RECORDS GLA.  THE HOME WAS PHYSICALLY MEASURED BY THE APPRAISER.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe

SUBJECT APPEARS ADEQUATELY MAINTAINED AND IS OF SOUND STRUCTURAL INTEGRITY.  PLEASE NOTE THAT ONLY A VISUAL INSPECTION WAS PERFORMED.  THE APPRAISER IS NOT A STRUCTURAL ENGINEER AND HAS NO EXPERTISE IN THIS AREA. OIL TANK LOCATED IN BASEMENT.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe

SUBJECT IS SIMILAR TO OTHER HOMES WITHIN THE NEIGHBORHOOD.

**Uniform Residential Appraisal Report**

There are 7 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 300000 to $ 700000

There are 54 comparable sales in the subject neighborhood within the past twelve months ranging in price from $ 300000 to $ 700000

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 5 BUENA VISTA DR RINGWOOD, NJ 07456 | 173 Buena Vista Dr Ringwood, NJ 07456 | | 20 Birch Rd Ringwood, NJ 07456 | | 22 Serpentine Rd Ringwood, NJ 07456 | |
| Proximity to Subject | | 0.46 miles NW | | 0.34 miles SW | | 0.34 miles SE | |
| Sale Price | $ 419000 | $ 510000 | | $ 500000 | | $ 440000 | |
| Sale Price/Gross Liv. Area | $ 182.65 sq.ft. | $ 217.58 sq.ft. | | $ 224.82 sq.ft. | | $ 242.96 sq.ft. | |
| Data Source(s) | | GSMLS #3772827;DOM 43 | | GSMLS #3796572;DOM 21 | | GSMLS #3793287;DOM 19 | |
| Verification Source(s) | | TAX RECORDS | | TAX RECORDS | | TAX RECORDS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sale or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | ArmLth FHA;0 | |
| Date of Sale/Time | | s07/22;c05/22 | | s10/22;c08/22 | | s08/22;c07/22 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 19833 sf | 19998 sf | 0 | 5580 sf | 5000 | 12001 sf | 2500 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT2.5;COLONIAL | DT2.5;COLONIAL | | DT2;COLONIAL | | DT2;BI LEVEL | 0 |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 60 | 55 | | 59 | | 56 | |
| Condition | C3 | C3 | | C2 | -50000 | C3 | |
| Above Grade | Total  Bdrms.  Baths | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | |
| Room Count | 9  3  2.1 | 8  4  2.1 | 0 | 8  3  3.0 | -2500 | 8  3  2.0 | 2500 |
| Gross Living Area | 2294 sq.ft. | 2344 sq.ft. | -2500 | 2224 sq.ft. | 3500 | 1811 sq.ft. | 24150 |
| Basement & Finished Rooms Below Grade | 0sf | 1100sf0sfwu | -25000 | 0sf | | 0sf | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | HWBB/CAC | SIM/NONE | 3000 | SIM/CAC | 0 | SIM/CAC | 0 |
| Energy Efficient Items | ALUM S/S | ALUM S/S | | ALUM S/S | | ALUM S/S | |
| Garage/Carport | 2dw | 2gbi2dw | -10000 | 2gbi2dw | -10000 | 1gbi2dw | -5000 |
| Porch/Patio/Deck | Patio/Deck/Porch | EQUAL | 0 | EQUAL | 0 | EQUAL | 0 |
| | 1 F/P | 1 F/P | | 1 F/P | | 1 F/P | |
| | NONE | NONE | | NONE | | NONE | |
| Net Adjustment (Total) | | ☐ +  ☒ - | $ 34500 | ☐ +  ☒ - | $ 54000 | ☒ +  ☐ - | $ 24150 |
| Adjusted Sale Price of Comparables | | Net Adj. -6.8 % Gross Adj. 7.9 % | $ 475500 | Net Adj. -10.8 % Gross Adj. 14.2 % | $ 446000 | Net Adj. 5.5 % Gross Adj. 7.8 % | $ 464150 |

☒ I ☐ did ☒ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

THE APPRAISER UTILIZED LOCAL DATA SOURCES TO RESEARCH THE TRANSFERS HISTORY OF SUBJECT PROPERTY. THESE INCLUDE LOCAL MLS, REALIST AND LOCAL TAX RECORDS.

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data source(s) TAX RECORDS

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data source(s) TAX RECORDS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | TAX RECORDS | TAX RECORDS | TAX RECORDS | TAX RECORDS |
| Effective Date of Data Source(s) | 01/23/2022 | 01/23/2022 | 01/23/2022 | 01/23/2022 |

Analysis of prior sale or transfer history of the subject property and comparable sales

AFTER PERFORMING AN EXTENSIVE SEARCH OF THE SUBJECT PROPERTY TRANSFER HISTORY, NO SALES OF SUBJECT WERE NOTED IN THE PAST 36 MONTHS. NONE OF THE COMPARABLES HAVE SOLD AND CLOSED PRIOR TO THE ABOVE SALES IN THE PAST 12 MONTHS.

Summary of Sales Comparison Approach

ALL COMPARABLES ARE THE MOST RECENT SIMILAR SALES AVAILABLE. ALL COMPARABLES REFLECT THE CURRENT AND COMPETING MARKET TRENDS OF HOMES IN AND AROUND SUBJECTS IMMEDIATE MARKET AREA. ALL COMPARABLES HAVE BEEN ADJUSTED FOR GLA, BATHROOM, BASEMENT FINISHES AND OTHER AMENITIES ACCORDINGLY. THE APPRAISER IS AWARE OF ADJUSTMENTS EXCEEDING TYPICAL APPRAISAL GUIDELINES, HOWEVER, AS STATED, DUE TO THE LIMITED INVENTORY OF SIMILAR SALES, COMPARABLES UTILIZED WERE THE BEST AVAILABLE. THE APPRAISER CONSIDERED A $50.00 PER SQUARE FOOT ADJUSTMENT FOR GLA. THE MOST WEIGHT HAS BEEN GIVEN TO THE INDICATED VALUE BY SALES COMPARISON APPROACH, $450,000, IS CALCULATED USING THE FOLLOWING WEIGHTS: 26.6% - 173 BUENA VISTA DR; SALE PRICE $510,000; ADJUSTED VALUE $475,500; GROSS ADJ: 7.9% 21.3% - 20 BIRCH RD; SALE PRICE $500,000; ADJUSTED VALUE $446,000; GROSS ADJ: 14.2% 26.7% - 22 SERPENTINE RD; SALE PRICE $440,000; ADJUSTED VALUE $464,150; GROSS ADJ: 7.8% 25.4% - 46 HIGH MOUNTAIN RD; SALE PRICE $439,900; ADJUSTED VALUE $471,150; GROSS ADJ: 9.4% ALL ADJUSTMENTS WERE BASED ON THE APPRAISERS KNOWLEDGE OF THE MARKET AREA AND HISTORICAL DATA SHOWING TENDENCIES FOR THIS AREA OF RINGWOOD. THE APPRAISER UTILIZED PREVIOUS SALES

Indicated Value by Sales Comparison Approach $ 450000

Indicated Value by: Sales Comparison Approach $ 450000    Cost Approach (if developed) $ 484000    Income Approach (if developed) $

AFTER ALL APPROACHES TO VALUE HAVE BEEN CONSIDERED, THE MOST CONSIDERATION HAS BEEN GIVEN TO THE MARKET DATA APPROACH. THIS APPROACH TO VALUE BEST REFLECTS CURRENT MARKET AND ECONOMIC TRENDS.

This appraisal is made ☒ "as is," ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

THERE ARE NO CONDITIONS TO THIS APPRAISAL. PLEASE NOTE THAT NO CHATTEL PROPERTY WAS INCLUDED FOR SUBJECT AND ALL COMPARABLES IN ESTABLISHING MARKET VALUE.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 450000 as of 01/20/2023, which is the date of inspection and the effective date of this appraisal.

809800691
809800691
File #   20230034

# Uniform Residential Appraisal Report

**ADDITIONAL COMMENTS**

---

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

THE EXTRACTION METHOD WAS UTILIZED FOR THE OPINION OF SITE VALUE. THE APPROXIMATE LAND VALUE HAS BEEN EXTRACTED BY THE COST TO REPRODUCE THE DWELLING NEW LESS DEPRECIATION, WHICH IS THEN SUBTRACTED FROM THE INDICATED MARKET VALUE FOR THE SUBJECT. DUE TO A DISTINCT LACK OF AVAILABLE VACANT LAND WITHIN THIS AREA, LOT VALUES TYPICALLY EXCEED 30% OF OVERALL VALUE. THIS IS A HIGHLY MARKETABLE AREA KNOWN TO HAVE A PREMIUM PLACED ON EXCESS LAND.

ESTIMATED ☐ REPRODUCTION OR  ☒ REPLACEMENT COST NEW

Source of cost data  MARSHALL AND SWIFT

Quality rating from cost service  AVG        Effective date of cost data  2023

Comments on Cost Approach (gross living area calculations, depreciation, etc.)

NO FUNCTIONAL OR ECONOMIC OBSOLESCENCE CONSIDERED IN ESTIMATING VALUE. PHYSICAL DEPRECIATION CONSIDERED FOR NORMAL WEAR AND TEAR. LAND VALUE IS CONSISTENT WITH OTHER PROPERTIES WITHIN SUBJECTS MARKET AREA. THE REMAINING ECONOMIC LIFE OF SUBJECT IS 45 YEARS.

| OPINION OF SITE VALUE | | | =$ | 125000 |
|---|---|---|---|---|
| Dwelling  2294 | Sq. Ft. @ $  175 | | =$ | 401450 |
| | Sq. Ft. @ $ | | =$ | 0 |
| DECK/FPL/CAC | | | =$ | 15000 |
| Garage/Carport | Sq. Ft. @ $ | | =$ | 0 |
| Total Estimate of Cost-New | | | =$ | 416450 |

| Less | Physical | Functional | External | | |
|---|---|---|---|---|---|
| Depreciation | 15% | | | =$ ( | 62468 ) |
| Depreciated Cost of Improvements | | | | =$ | 353982 |
| "As-is" Value of Site Improvements | | | | =$ | 5000 |

Estimated Remaining Economic Life (HUD and VA only)        35 Years        Indicated Value by Cost Approach                =$    484000

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $              X Gross Rent Multiplier              = $              Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs  (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?        ☐ Yes  ☐ No    Unit type(s)  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?        ☐ Yes  ☐ No  If Yes, date of conversion

Does the project contain any multi-dwelling units?        ☐ Yes  ☐ No  Data source(s)

Are the units, common elements, and recreation facilities complete?        ☐ Yes  ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?        ☐ Yes  ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities

---

# Uniform Residential Appraisal Report

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

809800691
809800691
File # 20230034

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

**Uniform Residential Appraisal Report**

809800691
File # 20230034

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION**: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature

Name   DAVID ROBERTS
Company Name   REACT VALUATIONS
Company Address   PO BOX 402
          RAMSEY          , NJ    07446
Telephone Number   201-819-2652
Email Address   DAVE@REACTVALUATIONS.COM
Date of Signature and Report   01/23/2023
Effective Date of Appraisal   01/20/2023
State Certification #   42RC00036700
or State License #
or Other (describe)                   State #
State   NJ
Expiration Date of Certification or License   12/31/2023

ADDRESS OF PROPERTY APPRAISED
   5 BUENA VISTA DR
   RINGWOOD          , NJ    07456
APPRAISED VALUE OF SUBJECT PROPERTY $    450000

LENDER/CLIENT
Name   PCV MURCOR
Company Name   WELLS FARGO BANK NA
Company Address   2701 WELLS FARGO WAY
          MINNEAPOLIS          , MN    55467
Email Address

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature

Name   MARC ROBERTS
Company Name   REACT VALUATIONS
Company Address   PO BOX 402
          RAMSEY          , NJ    07446
Telephone Number   201-819-2652
Email Address   DAVE@REACTVALUATIONS.COM
Date of Signature   01/23/2023
State Certification #   42RC00035200
or State License #
State   NJ
Expiration Date of Certification or License   12/31/2023

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection
☒ Did inspect interior and exterior of subject property
   Date of Inspection   01/20/2023

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☒ Did inspect exterior of comparable sales from street
   Date of Inspection   01/20/2023

809800691

Case 22-17639-VFP    Doc 52    Filed 03/15/23    Entered 03/15/23 14:24:06    Desc Main
809800691
Uniform Residential Appraisal Report    File #  20230034
Document     Page 7 of 34

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 5 BUENA VISTA DR RINGWOOD, NJ 07456 | 46 High Mountain Rd Ringwood, NJ 07456 | | | | | |
| Proximity to Subject | | 0.23 miles SW | | | | | |
| Sale Price | $        419000 | $        439900 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $   182.65   sq.ft. | $   254.42   sq.ft. | | $        sq.ft. | | $        sq.ft. | |
| Data Source(s) | | GSMLS #3823359;DOM 17 | | | | | |
| Verification Source(s) | | TAX RECORDS | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sale or Financing | | Listing | | | | | |
| Concessions | | ;0 | | | | | |
| Date of Sale/Time | | Active | | | | | |
| Location | N;Res; | N;Res; | | | | | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | | | | |
| Site | 19833 sf | 14161 sf | 2500 | | | | |
| View | N;Res; | N;Res; | | | | | |
| Design (Style) | DT2.5;COLONIAL | DT2;BI LEVEL | 0 | | | | |
| Quality of Construction | Q4 | Q4 | | | | | |
| Actual Age | 60 | 61 | 0 | | | | |
| Condition | C3 | C3 | | | | | |
| Above Grade | Total  Bdrms.  Baths | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | |
| Room Count | 9      3      2.1 | 8      3      2.0 | 2500 | | | | |
| Gross Living Area | 2294      sq.ft. | 1729      sq.ft. | 28250 | sq.ft. | | sq.ft. | |
| Basement & Finished | 0sf | 0sf | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | AVERAGE | AVERAGE | | | | | |
| Heating/Cooling | HWBB/CAC | SIM/CAC | 0 | | | | |
| Energy Efficient Items | ALUM S/S | ALUM S/S | | | | | |
| Garage/Carport | 2dw | 1gbi2dw | -5000 | | | | |
| Porch/Patio/Deck | Patio/Deck/Porch | EQUAL | 0 | | | | |
| | 1 F/P | NONE | 3000 | | | | |
| | NONE | NONE | | | | | |
| Net Adjustment (Total) | | [X] +   [ ] - | $        31250 | [ ] +   [ ] - | $ | [ ] +   [ ] - | $ |
| Adjusted Sale Price | | Net Adj.     7.1 % | | Net Adj.        % | | Net Adj.        % | |
| of Comparables | | Gross Adj.   9.4 % | $        471150 | Gross Adj.     % | $ | Gross Adj.     % | $ |

Summary of Sales Comparison Approach

SEE ATTACHED ADDENDUM

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | TAX RECORDS | TAX RECORDS | | |
| Effective Date of Data Source(s) | 01/23/2022 | 01/23/2022 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

809800691

Text ADDENDUM

File # 20230034

| Borrower/Client | LUIZA ZAPATA/ MARK ALVAREZ | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5 BUENA VISTA DR | | | | | |
| City | RINGWOOD | County | PASSAIC | State | NJ | Zip Code 07456 |
| Lender | WELLS FARGO BANK NA | | | | | |

Form data: Type of Appraisal
REACT VALUATIONS, LLC

Form data: GLA Adjustment Factor
50

Form data: Economic Age Basis
50

Ending Addendum
I HAVE PERFORMED NO SERVICES AS AN APPRAISER OR IN ANY OTHER CAPACITY REGARDING THE PROPERTY THAT IS THE SUBJECT OF THIS REPORT WITHIN THE 36 MONTH PERIOD IMMEDIATELY PRECEDING ACCEPTANCE OF THIS ASSIGNMENT.

THE APPRAISER ADHERED TO NJ/NY STATE LICENSING REQUIREMENTS AND IS COMPETENT TO FULFILL THE SCOPE AND OBLIGATIONS OF THIS APPRAISAL.

NO, EMPLOYEE, DIRECTOR, OFFICER OR AGENT OF THE LENDER, OR ANY OTHER THIRD PARTY ACTING AS A JOINT VENTURE PARTNER, INDEPENDENT CONTRACTOR, APPRAISAL MANAGEMENT COMPANY, OR PARTNER ON BEHALF OF THE LENDER HAS INFLUENCED OR A TTEMPTED TO INFLUENCE THE DEVELOPMENT, REPORTING, RESULT OR REVIEW OF THIS ASSIGNMENT THROUGH COERCION, EXTORTION, COLLUSION, COMPENSATION, INSTRUCTION, INDUCEMENT, INTIMIDATION, BRIBERY OR IN ANY OTHER MANNER.

CLARIFICATION OF INTENDED USE AND INTENDED USER:

THE INTENDED USER OF THIS APPRAISAL REPORT IS THE LENDER/CLIENT. THE INTENDED USE IS TO EVALUATE THE PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL FOR A MORTGAGE FINANCE TRANSACTION, SUBJECT TO THE STATED SCOPE OF WORK, PURPOSE OF THE APPRAISAL, REPORTING REQUIREMENTS OF THIS APPRAISAL REPORT FORM, AND DEFINITION OF MARKET VALUE. NO ADDITIONAL INTENDED USERS ARE IDENTIFIED BY THE APPRAISER.

THE APPRAISER DID NOT PERFORM A HOME INSPECTION. THE APPRAISER ONLY PERFORMED A VISUAL INSPECTION OF ACCESSIBLE AREAS AND THIS APPRAISAL CANNOT BE RELIED UPON CONDITIONS AND OR DEFECTS IN THE PROPERTY. THIS REPORT IS INTENDED FOR THE SOLE USE BY THE LENDER CLIENT INDICATED IN THE REPORT. USE OF THIS REPORT BY OTHERS IS NOT INTENDED BY THE APPRAISER.

THE CONTENT OF THIS FAX/E-MAIL MESSAGE AND ANY ATTACHMENT THERE TO MAY BE AT TORNEY/CLIENT PRIVILEGED AND OR CONFIDENTIAL NON PUBLIC INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF RECEIVED IN ERROR AND YOU ARE NOT ONE OF THE ABOVE NAMED RECIPIENTS, PLEASE LET US KNOW BY RETURN FAX/E-MAIL AND DELETE IT FROM YOUR SYSTEM. PHOTOS PROVIDED IN THIS REPORT ARE FROM VARIOUS SOURCES INCLUDING APPRAISER FILES, MULTIPLE LISTING, TAX SERVICES AND HAVE NOT BEEN ALTERED.

THE INCOME AND COST APPROACH TO VALUE MAY NOT HAVE BEEN UTILIZED. WE CONSIDER THESE APPROACHES TO VALUE AN CONCLUDE THAT NEITHER APPROACH TO VALUE IS TYPICALLY APPLICABLE AS APPLIED TO THE SUBJECT IN THIS ASSIGNMENT.
ANALYSIS OF THE SALES CONTRACT
Continued from Analysis of the Sales Contract: QUICKLY WITH A BIDDING WAR.

Neighborhood Description
SUBJECT IS LOCATED IN THE SKYLINE LAKES SECTION OF RINGWOOD IN PASSAIC COUNTY. SUBJECTS NEIGHBORHOOD IS COMPRISED OF VARYING PROPERTY TYPES COMMON TO RURAL AREAS. THE AREA IS CLOSE TO MASS TRANSIT AND EMPLOYMENT CENTERS. THERE ARE COMMERCIAL ESTABLISHMENTS WITHIN ITS NEIGHBORHOOD BOUNDARIES WHICH IS EXTREMELY COMMON AND WILL HAVE NO MEASURABLE EFFECT ON VALUE OR MARKETABILITY. THE AREA HAS MINIMAL VACANT LAND AND IS ALMOST 100% FULLY IMPROVED RESIDENTIAL. SALES AND LISTINGS OF SAME ARE LIMITED. THE APPRAISER WILL HAVE TO EXCEED NORMAL TIME AND DISTANCE GUIDELINES TO FIND SUITABLE COMPARABLES.

Neighborhood Market Conditions
AT THE TIME OF THE INSPECTION, SUBJECTS MARKET AREA SHOWS STABLE VALUES WITH LIMITED MARKET FLUCTUATION OVER THE PAST 3 MONTHS. MARKETABILITY OF REASONABLY PRICED HOMES WITHIN THIS AREA SHOULD REMAIN STRONG. ALL AVAILABLE MARKET DATA WAS UTILIZED IN CONCLUDING RECENT MARKET TRENDS. THIS INCLUDES ACTIVE LISTINGS, UNDER CONTRACT HOMES AND CLOSED PROPERTIES AS WELL AS CURRENT INTEREST RATE TRENDS.

REASONABLE EXPOSURE TIME:

EXPOSURE TIME IS ALWAYS PRESUMED TO PRECEDE THE EFFECTIVE DATE OF THE APPRAISAL. IT IS THE ESTIMATED LENGTH OF TIME THE PROPERTY WOULD HAVE BEEN OFFERED ON THE MARKET, PRIOR TO THE HYPOTHETICAL SALE, AT THE APPRAISED VALUE, ON THE EFFECTIVE DATE OF THE APPRAISAL. IT IS A RETROSPECTIVE ESTIMATE BASED ON AN ANALYSIS OF PAST EVENTS ASSUMING A COMPETITIVE AND OPEN MARKET. THIS INCLUDES NOT ONLY ADEQUATE, SUFFICIENT AND REASONABLE TIME, BUT ADEQUATE, SUFFICIENT AND REASONABLE EFFORT. IT IS CUSTOMARY TO BE EXPRESSED AS A RANGE AND IS BASED ON THE FOLLOWING:
1- STATISTICAL INFORMATION ABOUT DAYS ON THE MARKET, MOST COMMONLY OBTAINED FROM LOCAL MULTIPLE LISTING SERVICES.
2- INFORMATION GATHERED THROUGH SALES VERIFICA TION
3- A SAMPLING OF INFORMATION PROVIDED BY LOCAL BROKERS, AGENTS AND PROFESSIONALS FAMILIAR WITH SUBJECTS MARKET AREA.

UNDER HISTORICAL MARKET CONDITIONS, THE REASONABLE EXPOSURE TIME FOR SUBJECT PROPERTY WOULD BE 90 DAYS. THIS IS BASED ON ANALYSIS OF HISTORICAL MARKET TRENDS IN THE GENERAL AREA AND TAKES INTO ACCOUNT THE SIZE, CONDITION AND PRICE RANGE OF THE SUBJECT PROPERTY AND THE SURROUNDING AREA. IT ALSO CONSIDERS THAT THE LISTED PRICE WOULD BE AT OR NEAR THE APPRAISED VALUE. ITS ALSO ASSUMES AGGRESSIVE PROFESSIONAL MARKETING BY LOCAL REAL ESTATE OFFICES.

Highest and Best Use
THE PARCEL LEGALLY, PHYSICALLY, FINANCIALLY AND FORM A PROFIT STANDPOINT IS BEING UTILIZED AS ITS HIGHEST AND BEST USE CURRENTLY.

Physical Deficiencies or Adverse Conditions
SUBJECT APPEARS ADEQUATELY MAINTAINED AND IS OF SOUND STRUCTURAL INTEGRITY. PLEASE NOTE THAT ONLY A VISUAL INSPECTION WAS PERFORMED. THE APPRAISER IS NOT A STRUCTURAL ENGINEER AND HAS NO EXPERTISE IN THIS AREA. OIL TANK LOCATED IN BASEMENT.

Comments on Sales Comparison
ALL COMPARABLES ARE THE MOST RECENT SIMILAR SALES AVAILABLE. ALL COMPARABLES REFLECT THE CURRENT AND COMPETING MARKET TRENDS OF HOMES IN AND AROUND SUBJECTS IMMEDIATE MARKET AREA. ALL COMPARABLES HAVE BEEN

***CONTINUED ON NEXT PAGE***

809800691

| Borrower/Client | LUIZA ZAPATA/ MARK ALVAREZ | | | | | | File # | 20230034 |
| Property Address | 5 BUENA VISTA DR | | | | | | | |
| City | RINGWOOD | County | PASSAIC | State | NJ | Zip Code | 07456 | |
| Lender | WELLS FARGO BANK NA | | | | | | | |

ADJUSTED FOR GLA, BATHROOM, BASEMENT FINISHES AND OTHER AMENITIES ACCORDINGLY. THE APPRAISER IS AWARE OF ADJUSTMENTS EXCEEDING TYPICAL APPRAISAL GUIDELINES, HOWEVER, AS STATED, DUE TO THE LIMITED INVENTORY OF SIMILAR SALES, COMPARABLES UTILIZED WERE THE BEST AVAILABLE. THE APPRAISER CONSIDERED A $50.00 PER SQUARE FOOT ADJUSTMENT FOR GLA.

THE MOST WEIGHT HAS BEEN GIVEN TO THE INDICATED VALUE BY SALES COMPARISON APPROACH, $450,000, IS CALCULATED USING THE FOLLOWING WEIGHTS:
26.6% - 173 BUENA VISTA DR; SALE PRICE $510,000; ADJUSTED VALUE $475,500; GROSS ADJ: 7.9% 21.3% - 20 BIRCH RD; SALE PRICE $500,000; ADJUSTED VALUE $446,000; GROSS ADJ: 14.2% 26.7% - 22 SERPENTINE RD; SALE PRICE $440,000; ADJUSTED VALUE $464,150; GROSS ADJ: 7.8% 25.4% - 46 HIGH MOUNTAIN RD; SALE PRICE $439,900; ADJUSTED VALUE $471,150; GROSS ADJ: 9.4%
ALL ADJUSTMENTS WERE BASED ON THE APPRAISERS KNOWLEDGE OF THE MARKET AREA AND HISTORICAL DATA SHOWING TENDENCIES FOR THIS AREA OF RINGWOOD. THE APPRAISER UTILIZED PREVIOUS SALES DATA TO SUBSTANTIATE ALL ADJUSTMENTS. THE APPRAISER UTILIZED PAIRED SALES ANALYSIS AS WELL AS REGRESSION METHODS IN ARRIVING AT ADJUSTMENTS CONSIDERED IN THE MARKET DATA GRID.

THE APPRAISER UTILIZED SALES AND LISTINGS LOCATED ACROSS SIGNIFICANT MAN MADE AND GEOGRAPHIC BOUNDARIES DUE TO A LIMITED INVENTORY OF SIMILAR AND COMPETING SALES CLOSER IN PROXIMITY. THE SALES UTILIZED WERE THE BEST AVAILABLE.

THE APPRAISER IS AWARE OF A DJUSTMENTS THAT EXCEED TYPICAL GUIDELINES, HOWEVER, DUE TO A DISTINCT LACK OF MORE RECENT SIMILAR SALES, THE COMPARABLES UTILIZED WERE THE BEST AVAILABLE.

PLEASE NOTE THAT THERE WAS A DISTINCT LACK OF COLONIAL STYLE SALES, THEREFORE, DIFFERING STYLES WERE UTILIZED AND CONSIDERED INTERCHANGEABLE DESIGNS.

NO AGE ADJUSTMENTS CONSIDERED AS ALL COMPARABLES HAVE EXPERIENCED SIMILAR UPGRADING AND MODERNIZATION, THEREFORE, AGE WAS AN INSIGNIFICANT FACTOR IN OVERALL CONDITION.  THEREFORE, NO ADJUSTMENT WAS WARRANTED.

GROSS LIVING AREA ADJUSTMENTS WERE BA SED ON PAIRED SALES FROM WITHIN THE AREA AS WELL AS HISTORICAL DATA THAT SHOWS THE GLA TO BE THE PREDOMINATE FACTOR OF VALUE AS OPPOSED TO ROOM COUNT.

CONDITION ADJUSTMENTS WERE BASED ON MLS DESCRIPTION AND MARKET REACTION TO UPGRADES AND MODERNIZATION. THE APPRAISER CONSIDERED PAIRED SALES ANALYSIS TO ESTABLISH ADJUSTMENTS.

DUE TO AN EXTREMELY LIMITED NUMBER OF SALES WITHIN THIS AREA OF RINGWOOD, COMPARABLES UTILIZED EXCEEDED STANDARD GUIDELINES. THEREFORE, ADJUSTMENTS IN EXCESS OF 15% WERE PRESENT AND OVERALL VALUE RANGE EXCEEDS 25%. THIS IS TYPICAL AND COMMON WHEN THERE IS A LACK OF AVAILABLE SIMILAR SALES IN LISTINGS IN THE IMMEDIATE MARKET AREA.
FEE PAID TO APPRAISER: $333.00 AMC FEE: $N/A. AMC REGISTRATION #AMC 42AC00002900 PCV MURCOR

SUBJECT WAS PRICED FOR A QUICK SALE AND WENT OVER ASK WHICH IS HIGHLY COMMON TO THE BAYONNE MARKET.

Final Reconciliation
AFTER ALL APPROACHES TO VALUE HAVE BEEN CONSIDERED, THE MOST CONSIDERATION HAS BEEN GIVEN TO THE MARKET DATA APPROACH. THIS APPROACH TO VALUE BEST REFLECTS CURRENT MARKET AND ECONOMIC TRENDS.

Conditions of Appraisal
THERE ARE NO CONDITIONS TO THIS APPRAISAL. PLEASE NOTE THAT NO CHATTEL PROPERTY WAS INCLUDED FOR SUBJECT AND ALL COMPARABLES IN ESTABLISHING MARKET VALUE.

Support for the Opinion of Site Value
THE EXTRACTION METHOD WAS UTILIZED FOR THE OPINION OF SITE VALUE. THE APPROXIMATE LAND VALUE HAS BEEN EXTRACTED BY THE COST TO REPRODUCE THE DWELLING NEW LESS DEPRECIATION, WHICH IS THEN SUBTRACTED FROM THE INDICATED MARKET VALUE FOR THE SUBJECT. DUE TO A DISTINCT LACK OF AVAILABLE VACANT LAND WITHIN THIS AREA, LOT VALUES TYPICALLY EXCEED 30% OF OVERALL VALUE. THIS IS A HIGHLY MARKETABLE AREA KNOWN TO HAVE A PREMIUM PLACED ON EXCESS LAND.

Extra Comments
AT THE TIME OF THE EFFECTIVE DATE OF THIS REPORT, THE COUNTRY, STATE, AND SUBJECT MARKET AREA IS IN THE MIDDLE OF THE CORONAVIRUS (COVID-19) PA NDEMIC. THE ESTIMATE OF VALUE IS A RESULT OF CLOSED SALES DATA AND AVAILABLE ACTIVE/PENDING LISTING DATA IN THE SUBJECT MARKET AREA. AS OF THE EFFECTIVE DATE OF THIS APPRAISAL, THE LENGTH OF TIME THE PANDEMIC WILL LAST AND ANY POTENTIAL FUTURE EFFECTS ON HOUSING PRICES AND THE MARKETABILITY OF HOMES IS UNKNOWN. THIS APPRAISAL REPORT AND ESTIMATE OF VALUE IS BASED ON THE CURRENT MARKET DATA AVAILABLE TO THE APPRAISER.

BASED ON INSPECTION, THE SUBJECT PROPERTY DID NOT APPEAR TO HAVE ANY MAJOR DAMAGE AS A RESULT OF THE RECENT STORM CAUSED BY HURRICANE IDA. HAVING NO DAMAGE TO SUBJECT OR THE SURROUNDING HOMES WITHIN THIS MARKET AREA, THE DISASTER HAD NO IMPACT ON MARKETABILITY AND APPEAL.

809800691

# USPAP ADDENDUM

File No.  20230034

| | |
|---|---|
| Borrower | LUIZA ZAPATA/ MARK ALVAREZ |
| Property Address | 5 BUENA VISTA DR |
| City  RINGWOOD | County  PASSAIC  State  NJ  Zip Code  07456 |
| Lender  WELLS FARGO BANK NA | |

## This report was prepared under the following USPAP reporting option:

**[X] Appraisal Report**    This report was prepared in accordance with USPAP Standards Rule 2-2(a).

**[ ] Restricted Appraisal Report**    This report was prepared in accordance with USPAP Standards Rule 2-2(b).

## Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:

A reasonable marketing time for the subject property is 90 days(s) utilizing market conditions pertinent to the appraisal assignment.
A reasonable exposure timne for the subject property is 90 days(s).

## Additional Certifications

I certify that, to the best of my knowledge and belief:

**[X]** I have **NOT** performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

**[ ]** I **HAVE** performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.  Those services are described in the comments below.

I certify that to the best of my knowledge and belief:
. The statements of fact contained in this report are true and correct.
. The report analyses, opinions, and conclusions are limited only by the reported assumptions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
. I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or specified) personal interest with respect to the parties involved.
. I have no bias with respect to the property or the parties involved with this assignment.
. My engagement in this assignment was not contingent upon developing or reporting predetermined results.
. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
. My analyses, opinions, and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
. This appraisal report was prepared in accordance with the requirements of Title XI of FIRREA and any implementing regulations.

## Additional Comments

I HAVE made a personal inspection of the property that is the subject of this report.

| **APPRAISER:** | **SUPERVISORY APPRAISER: (only if required)** |
|---|---|
| Signature: | Signature: |
| Name:  DAVID ROBERTS | Name:  MARC ROBERTS |
| Date Signed:  01/23/2023 | Date Signed:  01/23/2023 |
| State Certification #:  42RC00036700 | State Certification #:  42RC00035200 |
| or State License #: | or State License #: |
| or Other (describe)                State # | State:  NJ |
| State:  NJ | Expiration Date of Certification or License:  12/31/2023 |
| Expiration Date of Certification or License:  12/31/2023 | Supervisory Appraiser Inspection of Subject Property: |
| Effective Date of Appraisal:  01/20/2023 | [ ] Did Not  [ ] Exterior-only from Street  [ ] Interior and Exterior |

USPAP 2014                AI Ready

809800691

File #   20230034

| Borrower/Client | LUIZA ZAPATA/ MARK ALVAREZ | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5 BUENA VISTA DR | | | | | |
| City | RINGWOOD | County | PASSAIC | State | NJ | Zip Code 07456 |
| Lender | | | | | | |

Form data: Type of Appraisal
REACT VALUATIONS, LLC

809800691
809800691
File # 20230034

# Market Conditions Addendum to the Appraisal Report
Document Page 12 of 34

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood.
This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 5 BUENA VISTA DR | City | RINGWOOD | State | NJ | ZIP Code | 07456 |
|---|---|---|---|---|---|---|---|

Borrower   LUIZA ZAPATA/ MARK ALVAREZ

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 13 | 19 | 22 | [X] Increasing | [ ] Stable | [ ] Declining |
| Absorption Rate (Total Sales/Months) | 2.17 | 6.33 | 7.33 | [ ] Increasing | [X] Stable | [ ] Declining |
| Total # of Comparable Active Listings | 10 | 15 | 7 | [X] Declining | [ ] Stable | [ ] Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 4.61 | 2.37 | 0.95 | [ ] Declining | [X] Stable | [ ] Increasing |

| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Median Comparable Sale Price | 465000 | 460000 | 459000 | [ ] Increasing | [X] Stable | [ ] Declining |
| Median Comparable Sales Days on Market | 21 | 19 | 25 | [ ] Declining | [X] Stable | [ ] Increasing |
| Median Comparable List Price | 412500 | 449000 | 427900 | [ ] Increasing | [X] Stable | [ ] Declining |
| Median Comparable Listings Days on Market | 21 | 27 | 41 | [ ] Declining | [X] Stable | [ ] Increasing |
| Median Sale Price as % of List Price | 110 | 102 | 100 | [ ] Increasing | [ ] Stable | [X] Declining |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? | [ ] Yes [X] No | | | [ ] Increasing | [X] Stable | [ ] Declining |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).

SELLER CONCESSIONS NOT TYPICAL TO THE AREA.

Are foreclosure sales (REO sales) a factor in the market?   [ ] Yes [X] No  If yes, explain (including the trends in listings and sales of foreclosed properties).

Cite data sources for above information.

GSMLS/TAX RECORDS

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

T THE TIME OF THE INSPECTION, SUBJECTS MARKET AREA SHOWS STABLE VALUES WITH LIMITED MARKET FLUCTUATION OVER THE PAST 3 MONTHS. MARKETABILITY OF REASONABLY PRICED HOMES WITHIN THIS AREA SHOULD REMAIN STRONG. ALL AVAILABLE MARKET DATA WAS UTILIZED IN CONCLUDING RECENT MARKET TRENDS. THIS INCLUDES ACTIVE LISTINGS, UNDER CONTRACT HOMES AND CLOSED PROPERTIES AS WELL AS CURRENT INTEREST RATE TRENDS.

If the subject is a unit in a condominium or cooperative project, complete the following:          Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | [ ] Increasing | [ ] Stable | [ ] Declining |
| Absorption Rate (Total Sales/Months) | | | | [ ] Increasing | [ ] Stable | [ ] Declining |
| Total # of Active Comparable Listings | | | | [ ] Declining | [ ] Stable | [ ] Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | [ ] Declining | [ ] Stable | [ ] Increasing |

Are foreclosure sales (REO sales) a factor in the project?   [ ] Yes [ ] No  If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name  DAVID ROBERTS | | Supervisory Appraiser Name  MARC ROBERTS | |
| Company Name  REACT VALUATIONS | | Company Name  REACT VALUATIONS | |
| Company Address  PO BOX 402 RAMSEY, NJ 07446 | | Company Address  PO BOX 402 RAMSEY, NJ 07446 | |
| State License/Certification #  42RC00036700  State  NJ | | State License/Certification #  42RC00035200  State  NJ | |
| Email Address  DAVE@REACTVALUATIONS.COM | | Email Address  DAVE@REACTVALUATIONS.COM | |

809800691

File #   20230034

| Borrower/Client | LUIZA ZAPATA/ MARK ALVAREZ | | | | |
|---|---|---|---|---|---|
| Property Address | 5 BUENA VISTA DR | | | | |
| City | RINGWOOD | County | | State NJ | Zip Code 07456 |
| Lender | | | | | |

Form data: Type of Appraisal
REACT VALUATIONS, LLC

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

## Condition Ratings and Definitions

**C1**

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3**

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4**

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

**C5**

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6**

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

## Quality Ratings and Definitions

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

## Definitions of Not Updated, Updated, and Remodeled

**Not Updated**

**Little or no updating or modernization. This description includes, but is not limited to, new homes.**

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical /functional deterioration.

**Updated**

**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure .

**Remodeled**

**Significant finish and/or structural  changes have been made that increase utility and appeal through complete replacement and/ or expansion.**

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

809800691
80980069̶1̶
File #  20230034

## Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-In Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-Rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA –Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area,Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

809800691

**DIMENSION LIST ADDENDUM**

File No. 20230034

| | |
|---|---|
| Borrower or Owner | LUIZA ZAPATA/ MARK ALVAREZ |
| Property Address | 5 BUENA VISTA DR |
| City RINGWOOD | County PASSAIC   State NJ   Zip Code 07456 |
| Lender or Client | WELLS FARGO BANK NA |

**Gross Living Area (GLA)** 2,294 s.f.

**Gross Building Area (GBA)** 2,294 s.f.

| Areas | Square Footage | | |
|---|---|---|---|
| Basement | 889 | s.f. _____ | % of GBA |
| Level 1 | 889 | s.f. 38.75 | % of GBA |
| Level 2 | 889 | s.f. 38.75 | % of GBA |
| Level 3 | 587 | s.f. 25.59 | % of GBA |
| Garage | _____ | s.f. _____ | % of GBA |
| Other | -72 | s.f. -3.14 | % of GBA |

| Area Dimensions | | | | Type of Area | | | | Level | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Measurements | | Factor | Area | Living | Bsmnt | Garage | Other | One | Two | Three |
| 36.00 x 24.70 | x | 1.00 | = 889.20 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| 35.90 x 16.30 | x | 1.00 | = 585.17 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 16.30 x 0.10 | x | 0.50 | = 0.82 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 16.30 x 0.10 | x | 0.50 | = 0.82 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 36.00 x 24.70 | x | 1.00 | = 889.20 | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 5.00 x 4.20 | x | 1.00 | = 21.00 | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| 4.20 x 0.20 | x | 0.50 | = 0.42 | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| 8.40 x 5.90 | x | 0.50 | = 24.78 | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| 8.40 x 6.00 | x | 0.50 | = 25.30 | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

809800691

SUBJECT PHOTOGRAPH ADDENDUM

| | | |
|---|---|---|
| Borrower/Client | LUIZA ZAPATA/ MARK ALVAREZ | |
| Property Address | 5 BUENA VISTA DR | |
| City RINGWOOD | County PASSAIC | State NJ Zip Code 07456 |
| Lender WELLS FARGO BANK NA | | |

File # 20230034



**FRONT OF SUBJECT PROPERTY**

Appraised Date: January 20, 2023

Appraised Value: $450,000



**REAR OF SUBJECT PROPERTY**

**STREET SCENE**

809800691

ADDITIONAL PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower/Client | LUIZA ZAPATA/ MARK ALVAREZ |
| Property Address | 5 BUENA VISTA DR |
| City RINGWOOD | County PASSAIC State NJ Zip Code 07456 |
| Lender | WELLS FARGO BANK NA |

File # 20230034



KITCHEN



LIVING AREA



BATHROOM

809800691

ADDITIONAL PHOTOGRAPH ADDENDUM

| | | | | |
|---|---|---|---|---|
| Borrower/Client | LUIZA ZAPATA/ MARK ALVAREZ | | | |
| Property Address | 5 BUENA VISTA DR | | | |
| City | RINGWOOD | County | PASSAIC | State | NJ | Zip Code | 07456 |
| Lender | WELLS FARGO BANK NA | | | |

File #   20230034



BATHROOM

FULL BATHROOM



BATHROOM

HALF BATHROOM



INTERIOR

GYM

809800691

Case 22-17639-VFP    Doc 52    Filed 03/15/23    Entered 03/15/23 14:24:06    Desc Main
ADDITIONAL PHOTOGRAPH ADDENDUM
Document    Page 20 of 34
File #    20230034

| Borrower/Client | LUIZA ZAPATA/ MARK ALVAREZ | | | | |
|---|---|---|---|---|---|
| Property Address | 5 BUENA VISTA DR | | | | |
| City | RINGWOOD | County | PASSAIC | State | NJ | Zip Code | 07456 |
| Lender | WELLS FARGO BANK NA | | | | |



INTERIOR
DINING ROOM



INTERIOR
FAMILY ROOM



BEDROOM

| | |
|---|---|
| Borrower/Client | LUIZA ZAPATA/ MARK ALVAREZ |
| Property Address | 5 BUENA VISTA DR |
| City    RINGWOOD | County    PASSAIC    State    NJ    Zip Code    07456 |
| Lender | WELLS FARGO BANK NA |



BEDROOM



BEDROOM



SIDE VIEW

809800691
ADDITIONAL PHOTOGRAPH ADDENDUM
File #    20230034

| | |
|---|---|
| Borrower/Client | LUIZA ZAPATA/ MARK ALVAREZ |
| Property Address | 5 BUENA VISTA DR |
| City   RINGWOOD | County  PASSAIC   State  NJ   Zip Code  07456 |
| Lender   WELLS FARGO BANK NA | |



SIDE VIEW



LAUNDRY



DEN

809800691

ADDITIONAL PHOTOGRAPH ADDENDUM

File #    20230034

| Borrower/Client | LUIZA ZAPATA/ MARK ALVAREZ | | | | |
|---|---|---|---|---|---|
| Property Address | 5 BUENA VISTA DR | | | | |
| City | RINGWOOD | County | PASSAIC | State NJ | Zip Code 07456 |
| Lender | WELLS FARGO BANK NA | | | | |



COMPARABLE #3 MLS PHOTO

809800691

COMPARABLES PHOTOGRAPH ADDENDUM

File #   20230034

| | |
|---|---|
| Borrower/Client | LUIZA ZAPATA/ MARK ALVAREZ |
| Property Address | 5 BUENA VISTA DR |

| City | RINGWOOD | County | PASSAIC | State | NJ | Zip Code | 07456 |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Lender | WELLS FARGO BANK NA |



**Comparable Sale 1**

173 Buena Vista Dr

| Ringwood | NJ | 07456 |
|---|---|---|

| Date of Sale: | s07/22;c05/22 |
|---|---|
| Sale Price: | 510000 |
| Sq. Ft.: | 2344 |
| $ / Sq. Ft.: | 217.58 |



**Comparable Sale 2**

20 Birch Rd

| Ringwood | NJ | 07456 |
|---|---|---|

| Date of Sale: | s10/22;c08/22 |
|---|---|
| Sale Price: | 500000 |
| Sq. Ft.: | 2224 |
| $ / Sq. Ft.: | 224.82 |



**Comparable Sale 3**

22 Serpentine Rd

| Ringwood | NJ | 07456 |
|---|---|---|

| Date of Sale: | s08/22;c07/22 |
|---|---|
| Sale Price: | 440000 |
| Sq. Ft.: | 1811 |
| $ / Sq. Ft.: | 242.96 |

809800691

COMPARABLES PHOTOGRAPH ADDENDUM

File #   20230034

| | |
|---|---|
| Borrower/Client | LUIZA ZAPATA/ MARK ALVAREZ |
| Property Address | 5 BUENA VISTA DR |

| City | RINGWOOD | County | PASSAIC | State | NJ | Zip Code | 07456 |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Lender | WELLS FARGO BANK NA |



### Comparable Sale 4

46 High Mountain Rd

Ringwood                      NJ      07456

| | |
|---|---|
| Date of Sale: | Active |
| Sale Price: | 439900 |
| Sq. Ft.: | 1729 |
| $ / Sq. Ft.: | 254.42 |

### Comparable Sale 5

_____

_____ ____ _____

| | |
|---|---|
| Date of Sale: | _____ |
| Sale Price: | _____ |
| Sq. Ft.: | _____ |
| $ / Sq. Ft.: | _____ |

### Comparable Sale 6

_____

_____ ____ _____

| | |
|---|---|
| Date of Sale: | _____ |
| Sale Price: | _____ |
| Sq. Ft.: | _____ |
| $ / Sq. Ft.: | _____ |

| Borrower/Client | LUIZA ZAPATA/ MARK ALVAREZ | | | | |
|---|---|---|---|---|---|
| Property Address | 5 BUENA VISTA DR | | | | |
| City | RINGWOOD | County | PASSAIC | State NJ | Zip Code 07456 |
| Lender | WELLS FARGO BANK NA | | | | |



| Borrower/Client | LUIZA ZAPATA/ MARK ALVAREZ | | | | |
|---|---|---|---|---|---|
| Property Address | 5 BUENA VISTA DR | | | | |
| City | RINGWOOD | County | PASSAIC | State | NJ | Zip Code | 07456 |
| Lender | WELLS FARGO BANK NA | | | | |



NOT DRAWN TO SCALE

16 ft

| Living Area | | Area Calculation | | | |
|---|---|---|---|---|---|
| Second Floor | 889.2 ft² | **Second Floor** | | | x 1.00 = 889.2 |
| Third Floor | 586.80 ft² □ | 36ft x | 24.7ft x | 1.00 = | 889.2 |
| First Floor | 889.2 ft² | **Third Floor** | | | x 1.00 = 586.80 |
| Open to Below | +21.42 ft² △ | 16.30ft x | 0.10ft x | 0.50 = | 0.82 |
| Open to Below | -50.08 ft² △ | 16.30ft x | 0.10ft x | 0.50 = | 0.82 |
| | | 36.9ft x | 16.30ft x | 1.00 = | 585.17 |
| | | □ **First Floor** | | | x 1.00 = 889.2 |
| | | 36ft x | 24.7ft x | 1.00 = | 889.2 |
| | | **Open to Below** | | | x -1.00 = -21.42 |
| | | △ 4.20ft x | 0.20ft x | 0.50 = | 0.42 |
| | | □ 5ft x | 4.20ft x | 1.00 = | 21.00 |
| | | **Open to Below** | | | x -1.00 = -50.08 |
| | | △ 8.40ft x | 5.90ft x | 0.50 = | 24.78 |
| **Total Living Area (rounded):** | 2294 ft² | △ 8.44ft x | 6ft x | 0.50 = | 25.30 |

809800691

PLAT MAP ADDENDUM

File #   20230034

| Borrower/Client | LUIZA ZAPATA/ MARK ALVAREZ | | | | | |
| Property Address | 5 BUENA VISTA DR | | | | | |
| City | RINGWOOD | County | PASSAIC | State | NJ | Zip Code 07456 |
| Lender | WELLS FARGO BANK NA | | | | | |



Lot Dimensions are Estimated

| Borrower/Client | LUIZA ZAPATA/ MARK ALVAREZ | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5 BUENA VISTA DR | | | | | |
| City | RINGWOOD | County | PASSAIC | State | NJ | Zip Code 07456 |
| Lender | WELLS FARGO BANK NA | | | | | |



## FLOOD INFORMATION

Community: Borough of Ringwood
Property is NOT in a FEMA Special Flood Hazard Area
Map Number: 34031C0134G
Panel: 34031C0134
Zone: X
Map Date: 04-17-2020
FIPS: 34031
Source: FEMA DFIRM

## LEGEND




= FEMA Special Flood Hazard Area – High Risk

= Moderate and Minimal Risk Areas

Road View:

= Forest          = Water

### Sky Flood™

No representations or warranties to any party concerning the content, accuracy or completeness of this flood report, including any warranty of merchantability or fitness for a particular purpose is implied or provided. Visual scaling factors differ between map layers and are separate from flood zone information at or near location. No liability is accepted to any third party for any use or reliance of this flood report or its data.

809800691

| Borrower/Client | LUIZA ZAPATA/ MARK ALVAREZ | | | | | | File # 20230034 |
|---|---|---|---|---|---|---|---|
| Property Address | 5 BUENA VISTA DR | | | | | | |
| City | RINGWOOD | County | PASSAIC | State | NJ | Zip Code | 07456 |
| Lender | WELLS FARGO BANK NA | | | | | | |



| Borrower/Client | LUIZA ZAPATA/ MARK ALVAREZ | | | | |
|---|---|---|---|---|---|
| Property Address | 5 BUENA VISTA DR | | | | |
| City | RINGWOOD | County | PASSAIC | State | NJ | Zip Code | 07456 |
| Lender | WELLS FARGO BANK NA | | | | |

BACKGROUND AND MULTIPLE SECURITY FEATURES. PLEASE VERIFY AUTHENTICITY

## State Of New Jersey
## New Jersey Office of the Attorney General
## Division of Consumer Affairs

THIS IS TO CERTIFY THAT THE

Real Estate Appraisers Board

HAS CERTIFIED

David M. Roberts
PO BOX 402
Ramsey NJ 07446

FOR PRACTICE IN NEW JERSEY AS A(N):   Cert Residential Appraiser

11/15/2021 TO 12/31/2023
VALID

42RC00036700
LICENSE/REGISTRATION/CERTIFICATION #

Signature of Licensee/Registrant/Certificate Holder

ACTING DIRECTOR

| Borrower/Client | LUIZA ZAPATA / MARK ALVAREZ | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5 BUENA VISTA DR | | | | | |
| City | RINGWOOD | County | PASSAIC | State | NJ | Zip Code 07456 |
| Lender | WELLS FARGO BANK NA | | | | | |



## GREAT AMERICAN.
### INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

## DECLARATIONS
for
## REAL ESTATE APPRAISERS
### ERRORS & OMISSIONS INSURANCE POLICY

### THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒   Great American Assurance Company

Note: The Insurance Company selected above shall herein be referred to as the Company.

Policy Number:   RAP3669031-23                    Renewal of:   RAP3669031-22

Program Administrator:        Herbert H. Landy Insurance Agency Inc.
                             100 River Ridge Drive, Suite 301  Norwood, MA 02062

Item 1. Named Insured:    **David Roberts**

Item 2. Address:                **PO BOX 402**

City, State, Zip Code:    **RAMSEY, NJ 07446**

Item 3. Policy Period: From    **01/01/2023**    To    **01/01/2024**
                             *(Month, Day, Year)*      *(Month, Day, Year)*
                (Both dates at 12:01 a.m. Standard Time at the address of the Named Insured as stated in Item 2.)

Item 4. Limits of Liability:

        A.  $    1,000,000        Damages Limit of Liability – Each Claim

        B.  $    1,000,000        Claim Expenses Limit of Liability – Each Claim

        C.  $    2,000,000        Damages Limit of Liability – Policy Aggregate

        D.  $    2,000,000        Claim Expenses Limit of Liability – Policy Aggregate

Item 5. Deductible (Inclusive of Claim Expenses):

        A.  $    0.00            Each Claim

        B.  $    0.00            Aggregate

Item 6. Premium: $    764.00            Additional 0.5% NJ Guaranty Fund Surcharge $3.82

Item 7. Retroactive Date (if applicable):    01/01/2016

Item 8. Forms, Notices and Endorsements attached:
        D42100 (03/15) D42300 NJ (05/13)  IL7324 (07/21)
        D42402 (05/13) D42412 (03/17) D42413 (06/17) D42414 (08/19)

                                                    *Becky a Ferguson*
                                                    Authorized Representative

D42101  (03/15)                                                    Page 1 of 1

809800691

AI Ready PDF Generated on 01/23/2023 12:39:23 PM

| Payment Events | Status | Timestamps |
|---|---|---|

**DocuSign**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 1B38655075BB41AE90648FD48EC204F8 | | Status: Completed |
| Subject: Documents to Sign | | |
| Source Envelope: | | |
| Document Pages: 68 | Signatures: 0 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | docusign.blend+wellsfargo@blend.com |
| AutoNav: Enabled | | 2701 Wells Fargo Way |
| EnvelopeId Stamping: Disabled | | Minneapolis, MN  55467 |
| Time Zone: (UTC-06:00) Central Time (US & Canada) | | docusign.blend+wellsfargo@blend.com |
| | | IP Address: 54.152.143.177 |

### Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: docusign.blend+wellsfargo@blend.com | Location: DocuSign |
| 1/23/2023 2:55:34 PM | docusign.blend+wellsfargo@blend.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|
| LUISA ZAPATA<br>luisazapata9801@icloud.com<br>Security Level:<br>.Email<br>ID: 0c00f5fa-f74c-44a4-8c42-3f7fc3b322ae<br>1/23/2023 3:05:35 PM<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | **VIEWED**<br><br>Using IP Address: 174.206.170.175<br>Viewed using mobile | Sent: 1/23/2023 2:55:36 PM<br>Viewed: 1/23/2023 3:05:42 PM |
| MARK ALVAREZ<br>markalvarez973@gmail.com<br>Security Level:<br>.Email<br>ID: 5a9a8950-0ae8-4d75-a3d0-5d0dd2558283<br>1/23/2023 3:04:58 PM<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | **VIEWED**<br><br>Using IP Address: 174.206.161.142<br>Viewed using mobile | Sent: 1/23/2023 2:55:36 PM<br>Viewed: 1/23/2023 3:05:04 PM |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 1/23/2023 2:55:36 PM |
| Certified Delivered | Security Checked | 1/23/2023 3:05:04 PM |
| Completed | Security Checked | 1/23/2023 3:05:42 PM |

| Payment Events | Status | Timestamps |
|---|---|---|