**NORGAARD O'BOYLE & HANNON**
184 Grand Avenue
Englewood, New Jersey 07631
Telephone Number (201) 871-1333
Facsimile Number (201) 871-3161
Attorneys for Debtor,
By:  Brian G. Hannon, Esq. BH-3645
       bhannon@norgaardfirm.com

Order Filed on March 31, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
|  | FOR THE DISTRICT OF NEW JERSEY |
| Michael A Pizzuto | : NEWARK VICINAGE |
|  | : Chapter 13 |
| Debtor. |  |
|  | : Case No. 22-17639-VFP |

**ORDER AUTHORIZING SALE OF REAL PROPERTY AND
ALLOWING LEGAL FEES AND BROKERS' COMMISSION**

The relief set forth on the following pages, numbered (2) through (4), is hereby **ORDERED**.

**DATED: March 31, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:  Michael A Pizzuto
Case No. 22-17639-VFP
ORDER AUTHORIZING SALE OF REAL PROPERTY AND ALLOWING LEGAL FEES AND BROKERS' COMMISSION_____

THIS MATTER came to the attention of the Court upon the motion of the Debtor for an Order Authorizing the Sale of certain Real Property and Allowing Legal Fees and Brokers' Commission.  The Parties having agreed to the submission of this order to the Court under Fed. R. Bankr. P. 9019 on notice to all creditors and parties in interest, and good cause having been shown:

It is **ORDERED** as follows:

1.	Pursuant to 11 U.S.C. Sec. 363(b), et seq., the Debtor is authorized to sell the real property commonly known as 5 Buena Vista Dr, Ringwood, NJ (the "Property"), to Luisa Zapata & Mark Alvarez ("Purchasers") under the contract signed by the Debtor and Purchasers for the sum of $419,000.00 with a closing date on or about March 28, 2023.

2.	At closing, the Debtors shall pay Citi Bank N.A. the amount of $388,775.08 from the proceeds of the sale in full satisfaction of its claim.  Citi Bank N. A. has approved a short sale in connection with the sale of the Property. These funds shall be tendered to the Secured Creditor at the closing of title and therefore, outside of the Debtor's chapter 13 plan.

3.	Pursuant to 11 U.S.C. Sec. 328(a) and 503(b)(1), Mark E. Norgaard, Esq. of Norgaard O'Boyle & Hannon was appointed as closing counsel to the Debtor in connection with the sale of the Property for a flat fee in the amount of $2,000.00, which shall be taken from the gross sales proceeds.

Debtor: Michael A Pizzuto
Case No. 22-17639-VFP
ORDER AUTHORIZING SALE OF REAL PROPERTY AND ALLOWING LEGAL FEES
AND BROKERS' COMMISSION_____

4. Pursuant to 11 U.S.C. Sec. 328(a) and 503(b)(1), Christopher Sapienza of Keller Williams-Village Realty was appointed as Realtor to the Debtor in connection with the sale of the Property for a 6% commission, which shall be taken from the gross sales proceeds.

5. As this is a short sale, after payment of the necessary closing costs and the payment to Secured Creditor, there shall be no additional funds available for distribution to unsecured creditors.

6. The stay set forth in Rules 4001(a)(3) and 7062 of the Federal Rules of Bankruptcy shall not apply to this Order and the Order shall be effective immediately.

7. Notwithstanding Bankruptcy Rule 6004(h) this Order is effective immediately upon entry.