| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| | Case No.: _____ |
| | Chapter: _____ |
| In Re: | Adv. No.: _____ |
| | Hearing Date: _____ |
| | Judge: _____ |

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____     _____
                                                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

**Borough of Ringwood**
609 Margaret King Ave
Ringwood, NJ 07456

**Cavalry Portfolio Services**
500 Summit Lake Dr Ste 400
Valhalla, NY 10595-2321

**IRS - Centralized Insolvency Operations**
PO Box 7346
Philadelphia, PA 19101-7346

**Kohls/Capital One**
PO Box 3115
Milwaukee, WI 53201-3115

**Macys/DSNB**
PO Box 8218
Mason, OH 45040-8218

**Orange & Rockland Electric**
390 W Route 59
Spring Valley, NY 10977-5320

**PSE&G - Bankruptcy Dept.**
PO Box 709
Newark, NJ 07101-0709

**PSE&G-Legal**
80 Park Plz # T5D
Newark, NJ 07102-4109

**New Rez, dba Shellpoint Mortgage Servicing**
PO Box 10826
Greenville, SC 29603-0826

**Marie-Ann Greenberg, Esq.**
**Standing Chapter 13 Trustee**
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004