BRIAN GREGORY HANNON
LAW OFFICE OF NORGAARD O'BOYLE
184 GRAND AVENUE
ENGLEWOOD, NJ  07631

Re:  MICHAEL PIZZUTO  
　　　96 MARY ST., APT. B  
　　　LODI,  NJ  07644

Atty:  BRIAN GREGORY HANNON  
　　　　LAW OFFICE OF NORGAARD O'BOYLE  
　　　　184 GRAND AVENUE  
　　　　ENGLEWOOD, NJ  07631

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024**
Chapter 13 Case # 22-17639

## RECEIPTS AS OF 01/01/2024   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/04/2023 | $21,000.00 | 9720813433 | | | |

**Total Receipts: $21,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $21,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAVALRY SPV I LLC | 07/17/2023 | $464.74 | 913,198 | | | |
| PINNACLE SERVICE SOLUTIONS LLC | 07/17/2023 | $67.07 | 913,633 | | | |
| PSE&G | 07/17/2023 | $586.53 | 913,660 | | | |
| UNITED STATES TREASURY/IRS | 02/13/2023 | $7,395.46 | 8,003,361 | 07/17/2023 | $1,758.08 | 8,003,634 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,155.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 9,573.11 | 100.00% | 9,573.11 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | NEWREZ LLC DBA SHELLPOINT MORTGA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | SYNCHRONY BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | CAVALRY SPV I LLC | UNSECURED | 3,926.14 | 100.00% | 464.74 | 3,461.40 |
| 0007 | PSE&G | UNSECURED | 4,955.01 | 100.00% | 586.53 | 4,368.48 |
| 0008 | UNITED STATES TREASURY/IRS | PRIORITY | 7,395.46 | 100.00% | 7,395.46 | 0.00 |
| 0009 | BOROUGH OF RINGWOOD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | UNITED STATES TREASURY/IRS | UNSECURED | 14,852.19 | 100.00% | 1,758.08 | 13,094.11 |
| 0011 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-17639**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0012 | MACYS/DSNB | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | ORANGE & ROCKLAND ELECTRIC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | PINNACLE SERVICE SOLUTIONS LLC | UNSECURED | 566.62 | 100.00% | 67.07 | 499.55 |

**Total Paid: $20,999.99**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $21,000.00    -    Paid to Claims: $10,271.88    -    Admin Costs Paid: $10,728.11    =    Funds on Hand: $0.01

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.