Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 22−17639−VFP
> Chapter: 13
> Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Pizzuto
   96 Mary St., Apt B
   Lodi, NJ 07644

Social Security No.:
   xxx−xx−7386

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/15/24 at 10:00 AM

to consider and act upon the following:

*80* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/6/2024. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*82* − Certification in Opposition to (related document:80 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/6/2024. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Brian Gregory Hannon on behalf of Michael Pizzuto. (Hannon, Brian)

Dated: 2/5/24

> Jeanne Naughton
> Clerk, U.S. Bankruptcy Court