UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Case No.: 22-17639

IN RE:

MICHAEL PIZZUTO

Adv. No.:

Hearing Date:

Judge:  VFP

### CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 05/22/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
MICHAEL PIZZUTO
96 MARY ST., APT. B
LODI, NJ  07644
Mode of Service:  Regular Mail

Attorney for Debtor(s):
BRIAN GREGORY HANNON
LAW OFFICE OF NORGAARD O'BOYLE
184 GRAND AVENUE
ENGLEWOOD, NJ  07631
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  May 22, 2024

By:  /S/  Keith Guarneri
Keith Guarneri