Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−17639−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Pizzuto
   96 Mary St., Apt B
   Lodi, NJ 07644

Social Security No.:
   xxx−xx−7386

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 22, 2024.

Dated: July 22, 2024
JAN: mcp

                                                 Jeanne Naughton
                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                                         Case No. 22-17639-VFP

Michael Pizzuto                                                                                                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                               User: admin                                                           Page 1 of 2

Date Rcvd: Jul 22, 2024                                    Form ID: plncf13                                       Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Pizzuto, 96 Mary St., Apt B, Lodi, NJ 07644-2857 |
| r | + | Christopher Sapienza, Keller Williams Realty-Valley Realty, 123 Tice Boulevard, Woodciff Lake, NJ 07677-7670 |
| 519739633 | | Borough of RIngwood, 609 Margaret King Ave, Ringwood, NJ 07456 |
| 519739642 | | PSE&G-Legal, 80 Park Plz # T5D, Newark, NJ 07102-4109 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Jul 22 2024 20:27:25 | Norgaard O'Boyle, 184 Grand Ave, Englewood, NJ 07631-3578 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 22 2024 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 22 2024 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519739634 | | Email/Text: bankruptcy@cavps.com | Jul 22 2024 20:28:00 | Cavalry Portfolio Services, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 519740387 | + | Email/Text: bankruptcy@cavps.com | Jul 22 2024 20:28:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519739639 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2024 20:38:32 | Macys/DSNB, PO Box 8218, Mason, OH 45040-8218 |
| 519739635 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2024 20:28:00 | IRS - Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519739638 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 22 2024 20:27:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519785273 | | Email/Text: mtgbk@shellpointmtg.com | Jul 22 2024 20:27:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 519739640 | + | Email/Text: ccd@oru.com | Jul 22 2024 20:28:00 | Orange & Rockland Electric, 390 W Route 59, Spring Valley, NY 10977-5345 |
| 519739641 | ^ | MEBN | Jul 22 2024 20:26:27 | PSE&G - Bankruptcy Dept., PO Box 709, Newark, NJ 07101-0709 |
| 519767666 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2024 20:37:57 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519739643 | | Email/Text: mtgbk@shellpointmtg.com | Jul 22 2024 20:27:00 | Shellpoint, 55 Beattie Pl Ste 600, Greenville, SC |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 22, 2024 | Form ID: plncf13 | Total Noticed: 19 |

| 519715008 | Email/Text: mtgbk@shellpointmtg.com | Jul 22 2024 20:27:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 519739645 | ^ MEBN | Jul 22 2024 20:26:46 | Synchrony Bank, c/o PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519739636 | * | IRS-Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519739637 | * | KML Law Group, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 519739644 | * | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 519715007 | ## | KML Law Group, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Debtor Michael Pizzuto bhannon@norgaardfirm.com amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian g.b124931@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4